# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Smith & Nephew, Inc. and John O. Hayhurst, M.D.

    Plaintiff(s),

vs.

Arthrex, Inc.

    Defendant(s).

Civil Case No: CV04 0029 ST

**APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE***

---

As local counsel in the above captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice* and certify that the information contained in this application is true.

**1. Pro Hac Vice Attorney Certification:** I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

  **(A) Personal Data:**

    (1) Name: Rodger D. Young

    (2) Firm or Business Affiliation: Young & Susser, P.C

    (3) Mailing Address, City, State and Zip Code: 26200 American Drive, Suite 305
        Southfield, MI 48034

    (4) Business E-mail Address: young@youngpc.com

    (5) Business Telephone Number: 248.353.8620

    (6) Fax Telephone Number: 248.353.6559

  **(B) Bar Admissions Information:** I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

    (1) State Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number. Michigan, good standing, 6/5/73 P22652

    (2) Federal Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.
        US. Supreme Court, good standing, 2/20/96
        US Court of Appeals, 1st Cir., good standing, 1991
        US Court of Appeals, 2nd Cir., good standing, 6/98
        US Court of Appeals, 6th Cir., good standing, 9/12/86
        US Court of Appeals, 9th Cir., good standing, 5/24/96
        US Court of Appeals, Federal Cir., good standing, 2/27/01
        Eastern District of MI, good standing, 6/5/73
        Northern District of Illinois, good standing, 3/22/00

(C) **Certification of Disciplinary Proceedings:**

    _X_  I certify that I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association or administrative agency; or

    ___  I certify that I am now, or have been subject to disciplinary action from a state or federal bar association or administrative agency (See attached letter of explanation).

(D) **Certification of Professional Liability Insurance:** I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

(E) **Representation Statement:** I am representing the following party(s) in this case: __Defendant, Arthrex, Inc.__

(F) **CM/ECF Registration:** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. (*See* ecf.ord.uscourts.gov). I also consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and LR 100.13(a).

2. **Certification of Associated Local Counsel:** I certify that I am member in good standing of the Bar of this Court, that I have read and understand the requirements of LR 83.3(d), and that I will serve as designated local counsel in this particular case.

DATED this __21st__ day of __September__, 200__4__.

_____
(Signature of Local Counsel)
Christopher S. Tuttle
Kolisch Hartwell, P.C.
520 S.W. Yamhill, Ste. 200
Portland, OR 97204
tuttle@khpatent.com
503.224.6655
503.295.6679

_____
(Signature of Pro Hac Vice Counsel)
Rodger D. Young
Young & Susser, P.C.
26200 American Drive, Ste. 305
Southfield, MI 48034
susser@youngpc.com
248.353.8620
248.353.6559

## COURT ACTION

✓    Application approved subject to payment of fees
___    Application approved and fee waived
___    Application denied

_____      _____
      Date                                     United States District Judge

cc: Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE* (Rodger D. Young) was served on Plaintiffs by service on its attorneys:

    Mark J. Hebert, Esq.
    Fish & Richardson
    225 Franklin Street
    Boston, Massachusetts 02110-2804
    Facsimile: (617) 542-8906

    Julianne Ross Davis, Esq.
    Chernoff, Vilhauer, McClung & Stenzel, LLP
    1600 ODS Tower
    601 S.W. Second Avenue
    Portland, Oregon 97204
    Facsimile: (503) 228-4373

by first class mail, this 21st day of September, 2004.

_____
Christopher S. Tuttle, OSB No. 99385
Attorney for Defendant