**Brenna K. Legaard, OSB No. 001658**
E-mail:  brenna@chernofflaw.com
**Susan D. Pitchford, OSB No. 980911**
E-mail:  sdp@chernofflaw.com
**CHERNOFF VILHAUER LLP**
601 SW Second Avenue, Suite 1600
Portland, Oregon  97204
Telephone:  (503) 227-5631
Fax:  (503) 228-4373

**John M. Skenyon**, *Pro Hac Vice*
E-mail:  skenyon@fr.com
**Mark J. Heber**t, *Pro Hac Vice*
E-mail:  hebert@fr.com
**Michael C. Lynn,** *Pro Hac Vice*
E-mail: lynn@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, Massachusetts 02110-1878
Telephone:  (617) 542-5070

**Gregory R. Booker,** *Pro Hac Vice*
E-mail: booker@fr.com
**FISH & RICHARDSON P.C.**
222 Delaware Avenue, 17th Floor
PO Box 1114
Wilmington, DE  19899
Telephone: (302) 652-5070

     Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SMITH & NEPHEW, INC,** and **JOHN O. HAYHURST, M.D.**, | Civil Case No.  04-00029-MO |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR ENHANCED DAMAGES UNDER 35 U.S.C. § 284** |
| v. | |
| **ARTHREX, INC.**, | **PATENT CASE** |
| Defendant. | |

## I.  RULE 7.1 CERTIFICATION

The parties have conferred regarding the issue herein and have not reached an agreement.

## II.  MOTION

The plaintiffs, Smith & Nephew, Inc. and Dr. John O. Hayhurst hereby move this Court to award enhanced damages under 35 U.S.C. § 284.

On June 22, 2011, the jury found that Arthrex infringed claims 1-7 of the 5,601,557 patent ("the '557 patent") by making and selling four different suture anchors.  As a result of Arthrex's infringement, the jury awarded the plaintiffs $84,781,424.00 in damages, which award included $67,793,868.00 in lost profits for the suture anchor sales lost by Smith & Nephew because of the infringement.  The jury further found that Arthrex's infringement was willful (*see* Dkt. No. 936).  Based on the jury's well-supported finding of willful infringement, as well as the reasons presented in Plaintiff's Memorandum In Support Of Their Motion For Enhanced Damages Under 35 U.S.C. § 284 these damages should be enhanced.


DATED: September 1, 2011

        CHERNOFF VILHAUER LLP

        /s/ Brenna K. Legaard
        Brenna K. Legaard, OSB No. 00165
        Susan D. Pitchford, OSB No. 98091
        Telephone:  (503) 227-5631
        Attorneys for Plaintiffs