**Susan D. Pitchford**, OSB No. 98091
E-mail: sdp@chernofflaw.com
**CHERNOFF VILHAUER LLP**
601 SW Second Avenue, Suite 1600
Portland, Oregon 97204
Telephone: (503) 227-5631
Fax: (503) 228-4373

**John M. Skenyon**, *Pro Hac Vice*
E-mail: skenyon@fr.com
**Mark J. Heber**t, *Pro Hac Vice*
E-mail: hebert@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, Massachusetts 02210-1878
Telephone: (617) 542-5070

**Gregory R. Booker**, *Pro Hac Vice*
E-mail: booker@fr.com
**FISH & RICHARDSON P.C.**
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
Telephone: (302) 652-5070

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| SMITH & NEPHEW, INC. and JOHN O. HAYHURST, M.D., | Civil No. 3:04-CV-00029 MO |
| Plaintiffs, | PLAINTIFFS' MOTION FOR A PERMANENT INJUNCTION |
| v. | PATENT CASE |
| ARTHREX, INC., | |
| Defendant. | |

## I. LOCAL RULE 7-1 CERTIFICATION

The parties have conferred regarding the issue herein and have not reached an agreement.

## II. MOTION

The plaintiffs, Smith & Nephew, Inc., and Dr. John O. Hayhurst, hereby move for a permanent injunction enjoining the defendant, Arthrex, Inc. ("Arthrex"), from continuing its infringement of U.S. Patent No. 5,601,557 ("the '557 patent").

The proposed form of the Order of Permanent Injunction is included as Appendix C to the accompanying memorandum in support of this Motion.

DATED:  April 12, 2013

                                                      CHERNOFF VILHAUER LLP

                                                      /s/ Susan D. Pitchford
                                                      Susan D. Pitchford, OSB No. 98091
                                                      Telephone:  (503) 227-5631
                                                      Of Attorneys for Plaintiffs

23014935.doc