**PETER E. HEUSER, OSB No. 811281**
PHeuser@schwabe.com
**BRANTLEY C. SHUMAKER, OSB No. 065093**
BShumaker@schwabe.com
SCHWABE, WILLIAMSON & WYATT
1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204
Telephone: (503) 222-9981

**CHARLES W. SABER, admitted** *pro hac vice*
SaberC@dicksteinshapiro.com
**SALVATORE P. TAMBURO, admitted** *pro hac vice*
TamburoS@dicksteinshapiro.com
**MEGAN S. WOODWORTH**
WoodworthM@dicksteinshapiro.com
**S. GREGORY HERRMAN, admitted** *pro hac vice*
HerrmanG@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-3116

**ANTHONY P. CHO, admitted** *pro hac vice*
ACho@cgolaw.com
CARLSON, GASKEY & OLDS, P.C.
400 West Maple Road, 350
Birmingham, Michigan 48009
Telephone: (248) 988-8360

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **SMITH & NEPHEW, INC,** and **JOHN O. HAYHURST, M.D.**, | Case No. 3:04-cv-00029-MO |
| Plaintiffs, | **ARTHREX, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR ALTERNATIVELY A NEW TRIAL ON THE ISSUE OF LOST PROFITS** |
| v. | |
| **ARTHREX, INC.**, | |
| Defendant. | **REQUEST FOR ORAL ARGUMENT** |

## LOCAL RULE 7-1 CERTIFICATION

Pursuant to Local Rule 7-1, counsel for Defendant Arthrex, Inc. ("Arthrex") certifies that they made a good faith effort to resolve this issue with counsel for Plaintiffs Smith & Nephew, Inc. and John O. Hayhurst, M.D. (collectively "S&N") via teleconference, but have been unable to do so.

## ARTHREX, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR ALTERNATIVELY A NEW TRIAL ON THE ISSUE OF LOST PROFITS

At the close of trial Arthrex moved this Court for judgment as a matter of law on several issues, including lost profits. D.I. 973, 974. Arthrex also moved in the alternative for a new trial, citing the jury's lost profits award as one of its bases. D.I. 976, 977. The Court's ruling on Arthrex's motion for judgment as a matter of law was based on non-infringement. Because it was moot, the Court did not address Arthrex's motion for judgment as a matter of law with respect to lost profits or its alternative motion for a new trial on the issue of lost profits. *See* D.I. 1035. D.I. 1034. However, in view of the ruling of the Court of Appeals for the Federal Circuit (D.I. 1049), these motions are no longer moot. Accordingly, Arthrex hereby renews its prior motions by moving for judgment as a matter of law on lost profits and moving in the alternative for a new trial on the issue of lost profits. The bases for this renewed motion are presented in the accompanying memorandum.

Dated: May 6, 2013

By: /s/ Charles W. Saber

Charles W. Saber
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Tel: (202) 420-2200
SaberC@dicksteinshapiro.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2013, I caused the foregoing **ARTHREX, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR ALTERNATIVELY A NEW TRIAL ON THE ISSUE OF LOST PROFITS** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Counsel for Smith & Nephew Inc. and John O. Hayhurst, M.D.

| | |
|---|---|
| Susan D. Pitchford<br>sdp@chernofflaw.com<br>CHERNOFF, VILHAUER, McCLUNG &<br>STENZEL, LLP<br>1600 ODS Tower<br>601 SW Second Avenue<br>Portland, OR 97204<br>Tel: (503) 227-5631 | John M. Skenyon<br>skenyon@fr.com<br>Mark J. Hebert<br>hebert@fr.com<br>Michael C. Lynn<br>Lynn@fr.com<br>FISH & RICHARDSON, PC<br>One Marina Park Drive<br>Boston, MA 02110-1878<br>Tel: (617) 542-5070 |
| Brenna K. Legaard<br>legaardb@lanepowell.com<br>LANE POWELL PC<br>601 SW Second Avenue, Suite 2100<br>Portland, OR 97204<br>Tel: (503) 503 778-2166 | Gregory R. Booker<br>Booker@fr.com<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19899-1114<br>Tel: (302) 652-5070 |

By:  /s/ Charles W. Saber

Charles W. Saber
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Tel: (202) 420-2200
SaberC@dicksteinshapiro.com