**PETER E. HEUSER, OSB No. 811281**
**PHeuser@schwabe.com**
**DEVON Z. NEWMAN, OSB No. 014627**
**DNewman@schwabe.com**
SCHWABE, WILLIAMSON & WYATT
1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204
Telephone:  (503) 222-9981

**CHARLES W. SABER, admitted** *pro hac vice*
**SaberC@dicksteinshapiro.com**
**SALVATORE P. TAMBURO, admitted** *pro hac vice*
**TamburoS@dicksteinshapiro.com**
**MEGAN S. WOODWORTH**
**WoodworthM@dicksteinshapiro.com**
**S. GREGORY HERRMAN, admitted** *pro hac vice*
**HerrmanG@dicksteinshapiro.com**
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Telephone:  (202) 420-3116

**ANTHONY P. CHO, admitted** *pro hac vice*
**ACho@cgolaw.com**
CARLSON, GASKEY & OLDS, P.C.
400 West Maple Road, 350
Birmingham, Michigan 48009
Telephone:  (248) 988-8360

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **SMITH & NEPHEW, INC,** and **JOHN O. HAYHURST, M.D.**, | Case No. 3:04-cv-00029-MO |
| Plaintiffs, | **ARTHREX INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY ON INDIRECT INFRINGEMENT IN SUPPORT OF ARTHREX'S MOTION FOR NEW TRIAL** |
| v. | |
| **ARTHREX, INC.**, | |
| Defendant. | |

Presently pending before the Court is Defendant Arthrex, Inc.'s ("Arthrex") Motion For a New Trial, in which Arthrex seeks a new trial under Fed. R. Civ. P. 59 with respect to, among other things, indirect infringement. One of the issues raised in that briefing is the appropriate standard for establishing knowledge of the infringement by Arthrex. In an opinion issued June 25, 2013, the Federal Circuit clarified that the standard for this requisite knowledge of the infringement is actual knowledge (which can be established by willful blindness). *Commil USA, LLC v. Cisco Sys.*, No. 2012-1042, 2013 U.S. App. LEXIS 12943 (Fed. Cir. June 25, 2013). In *Commil,* the Court held that a jury instruction permitting a finding of induced infringement if the defendant "knew or should have known" about the underlying direct infringement was legally erroneous. *Id.* at *9 ("Therefore, to the extent our prior case law allowed the finding of induced infringement based on recklessness or negligence, such case law is inconsistent with *Global-Tech* and no longer good law."). Arthrex respectfully requests that the Court consider *Commil* in determining whether the evidence at trial clearly weighs against the finding of liability for indirect infringement – particularly when viewed under the now-clarified standard.

Dated:  July 17, 2013                    By:   /s/ Charles W. Saber

                                                   Charles W. Saber
                                                   DICKSTEIN SHAPIRO LLP
                                                   1825 Eye Street NW
                                                   Washington, DC 20006-5403
                                                   Tel: (202) 420-2200
                                                   SaberC@dicksteinshapiro.com

DSMDB-3171565v3

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2013, I caused the foregoing **ARTHREX INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY ON INDIRECT INFRINGEMENT IN SUPPORT OF ARTHREX'S MOTION FOR NEW TRIAL** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

### Counsel for Smith & Nephew Inc. and John O. Hayhurst, M.D.

| | |
|---|---|
| Susan D. Pitchford<br>sdp@chernofflaw.com<br>CHERNOFF, VILHAUER, McCLUNG & STENZEL, LLP<br>1600 ODS Tower<br>601 SW Second Avenue<br>Portland, OR 97204<br>Tel: (503) 227-5631<br><br>Brenna K. Legaard<br>legaardb@lanepowell.com<br>LANE POWELL PC<br>601 SW Second Avenue, Suite 2100<br>Portland, OR 97204<br>Tel: (503) 503 778-2166 | John M. Skenyon<br>skenyon@fr.com<br>Mark J. Hebert<br>hebert@fr.com<br>Michael C. Lynn<br>Lynn@fr.com<br>FISH & RICHARDSON, PC<br>One Marina Park Drive<br>Boston, MA 02110-1878<br>Tel: (617) 542-5070<br><br>Gregory R. Booker<br>Booker@fr.com<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19899-1114<br>Tel: (302) 652-5070 |

By:   /s/ Charles W. Saber

Charles W. Saber
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Tel: (202) 420-2200
SaberC@dicksteinshapiro.com