**Susan D. Pitchford, OSB No. 98091**
E-mail: sdp@chernofflaw.com
**CHERNOFF VILHAUER LLP**
601 SW Second Avenue, Suite 1600
Portland, Oregon 97204
Telephone: (503) 227-5631

**John M. Skenyon**, *Pro Hac Vice*
E-mail: skenyon@fr.com
**Mark J. Hebert**, *Pro Hac Vice*
E-mail: hebert@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, Massachusetts 02210-1878
Telephone: (617) 542-5070

**Gregory R. Booker**, *Pro Hac Vice*
E-mail: booker@fr.com
**FISH & RICHARDSON P.C.**
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
Telephone: (302) 652-5070

    Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **SMITH & NEPHEW, INC. and JOHN O. HAYHURST, M.D.,** | Civil No. 3:04-CV-00029 MO |
| Plaintiffs, | **PLAINTIFFS' AMENDED MOTION FOR SUPPLEMENTAL DAMAGES AND ADDITIONAL PRE-JUDGMENT INTEREST** |
| v. | |
| **ARTHREX, INC.,** | **PATENT CASE** |
| Defendant. | |

### I.      LOCAL RULE 7-1 CERTIFICATION

The parties have conferred regarding the issue herein and have not reached an agreement.

### II.     AMENDED[1] MOTION

In accordance with the Judgment issued by this Court on September 12, 2013 (Dkt. 1114), the plaintiffs, Smith & Nephew, Inc. and Dr. John O. Hayhurst, hereby seek an accounting of supplemental damages for Arthrex's sales of infringing suture anchors for the period from July 1, 2011 through March 31, 2013, which is latest date for which financial information from Arthrex is available, in the amount of 6,775,893.[2]

In addition, the plaintiffs request an award of pre-judgment interest on such supplemental damages, as well as an award of additional pre-judgment interest on the amounts set forth in this Court's Judgment, for the period through March 31, 2013, in the amount of $222,303.

The reasons supporting this Motion are set forth in the accompanying Memorandum. The specific calculation of supplemental damages and additional prejudgment interest is set forth in the accompanying Declaration of Richard Troxel.

---

[1] After the original version of this Motion was filed on September 16, 2013, plaintiffs became aware of additional third party marketing data that changes the calculation of damages somewhat (*i.e.*, it reduces the damages by $387,856) for the first quarter of 2013. This Amended Motion is being filed to take that new data into account.

[2] The Court has also entered an Amended Order of Permanent Injunction (Dkt. 1122, issued September 18, 2013), pursuant to which Arthrex must stop selling the infringing anchors and recall infringing anchors that are in the field. As soon as all of the financial data from those events are reconciled, the plaintiffs intend to file a further motion for a final accounting of supplemental damages and interest.

DATED: September 26, 2013

                                        CHERNOFF VILHAUER LLP

                                        /s/ Susan D. Pitchford
                                        Susan D. Pitchford, OSB No. 98091
                                        Telephone: (503) 227-5631
                                        Of Attorneys for Plaintiffs

23095738.doc